**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONICA CONTRERAS, individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>MAID FOR CHICAGO, LLC AND SUSIE NGUYEN, individually, Defendants. | Case No. 15-cv-6805<br><br>Judge Wood |

## STIPULATION TO DISMISS

Plaintiff, Monica Contreras, by her attorneys, and Defendants, Maid for Chicago, LLC and Susie Nguyen, individually, through their attorneys, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss his action in its entirety without prejudice and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement.  On December 4, 2015, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| **s/ David E. Stevens**<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646<br>312-219-6838<br>dstevens@yourclg.com | **s/ Michael P. Latz**<br>McAndrews & Norgle, LLC<br>53 West Jackson Blvd, Suite 315<br>Chicago, Illinois  60604<br>(312) 786-4320<br>mlatz@gandmllc.com |